```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 04 B 23709
    JAMES N AIRHART
    BETTY J AIRHART                                CHAPTER 13

                                                   JUDGE: MANUEL BARBOSA
            Debtor
    SSN XXX-XX-4001      SSN XXX-XX-7593


--------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 06/23/04 and confirmed on 08/19/04.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $  55080.00 .

     4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
WEST SUBURBAN BANK         CURRENT MORTG          .00           .00          .00
AMAZON                     UNSECURED              .00           .00          .00
SMC                        UNSECURED          1748.14           .00      1199.66
ECAST SETTLEMENT CORPORA   UNSECURED         10727.31           .00      7361.62
RESURGENT CAPITAL SERVIC   UNSECURED          1539.25           .00      1056.31
FIRST CARD                 UNSECURED         NOT FILED          .00          .00
ECAST SETTLEMENT CORP      UNSECURED          1094.79           .00       751.30
ECAST SETTLEMENT CORP      UNSECURED          2521.36           .00      1730.28
ECAST SETTLEMENT CORP      UNSECURED          2722.48           .00      1868.30
ECAST SETTLEMENT CORPORA   UNSECURED          1908.20           .00      1309.50
ECAST SETTLEMENT CORPORA   UNSECURED          2297.24           .00      1576.48
ROUNDUP FUNDING LLC        UNSECURED          2253.66           .00      1546.58
RETAILERS NATIONAL BANK    UNSECURED           881.17           .00       604.70
SAMS                       UNSECURED         NOT FILED          .00          .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED         NOT FILED          .00          .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED         NOT FILED          .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED         18544.30           .00     12726.04
FIRST CARD                 NOTICE ONLY       NOT FILED          .00          .00
ECAST SETTLEMENT CORPORA   UNSECURED          1249.19           .00       857.26
ECAST SETTLEMENT CORPORA   UNSECURED         16015.62           .00     10990.73
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
RESURGENT CAPITAL SERVIC   UNSECURED          3758.63           .00      2579.36
ECAST SETTLEMENT CORP      UNSECURED          1690.62           .00      1160.19
ECAST SETTLEMENT CORPORA   UNSECURED          5535.62           .00      3798.82
              Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED              .00         .00     74487.58          .00    74487.58
PRINCIPAL PAID                  .00         .00     51117.13          .00    51117.13
INTEREST PAID                   .00         .00          .00          .00         .00
TOTAL PAID                      .00         .00     51117.13          .00    51117.13
```

The Debtor's attorney, BRADLEY COVEY                , was allowed $   2200.00
and was paid $    806.00   direct and $   1394.00   through the plan.

The Trustee received $    2568.87 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/21/08                    /S/
                                       GLENN STEARNS
                                     CHAPTER 13 TRUSTEE